CALABRESE, ALFRED JR. AND Angela Conviser    Case: 09-11027A

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

VOID AFTER 90 DAYS    10115
TID #380290    60-249/433
    16
    19549

| Case | Debtor |
|---|---|
| 09-11027 A | CALABRESE, ANGELA CONVISER |
| 92000244023166 | CALABRESE, ALFRED, JR. |
| COMBINED SMALL CHECK | |

MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date    03/29/2010    $ ***********2.74

~~~Two Dollars and 74/100

Pay to the Order of  U.S. Bankruptcy Court

MICHAEL CHIASSON

⑈000 10 115⑈  ⑆043302493⑆ 92000 2440 23166⑈

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226948    - KL
* * C O P Y * *
March 31, 2010
14:26:23

UNC.UNDER$25
09-11027

Debtor.: ANGELA CONVISER CALABRESE
Trustee: Michael Chiasson
Amount.:                    $2.74 CH
Check #.: 10115

Total-> $2.74

FROM: CHIASSON

3/31/10:
Deposit to unclaimed
under $25.00 - Treasury
106000

Due:
① PYOD, LLC c/o Resurgent  2.48
② Hospital Corp of America  .26
                            $2.74

CV.

Printed: 03/29/10 05:12 PM

Page: 1

# Claims Distribution Small Checks

**Trustee: MICHAEL CHIASSON (380290)**

Case: 09-11027 - CALABRESE, ANGELA CONVISER

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200024023166 | 10115 | 03/29/10 | | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $2.74 |
| | | | ②2 | 06/08/09 | 610 | PYOD, LLC C/O RESURGENT | 104.92 | 104.92 | 2.48 | 2.48 |
| | | | ⑤5 | 06/11/09 | 610 | HOSPITAL CORP. OF AMERICA | 10.97 | 10.97 | 0.26 | 0.26 |

2. P.O. Box 19008
   GREENVILLE, S.C. 29602

5. P.O. Box 91121
   SEATTLE, WA. 98111-9221

(*) Denotes objection to Amount Filed