IN RE: CALABRESE                                CASE NO. 09-11027

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

| Case | Debtor |
|---|---|
| 09-11027 A | CALABRESE, ANGELA CONVISER |
| 92000244023166 | CALABRESE, ALFRED, JR. |

REISSUED CHECK FROM STALE CHECK PROCESSING

**VOID AFTER 90 DAYS**     10117
TID #380290                  60-249 / 433
MICHAEL CHIASSON
P. O. BOX 1666
MANDEVILLE LA 70470

Date    06/29/2010     $ ***********6.18

~~~Six Dollars and 18/100

Pay to the Order of  CHECK, UNITED STATES BANKRUPTCY COURT

*[signature]*
MICHAEL CHIASSON

⑈000 10 117⑈ ⑆043302493⑆ 92000244023166⑈

---

6/30/10

DEPOSITED TO UNCLAIMED
UNDER $25.00, 106000.
DUE: RECOVERY MGMT. SYSTEMS

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

```
# 227318       - JN
* * C O P Y * *
   June 30, 2010
      15:13:53

  UNC.UNDER$25
    09-11027
Debtor.: ANGELA CONVISER CALABRESE
Trustee: Michael Chiasson
Amount.:                $6.18 CH
Check#.: 10117




Total->  $6.18



FROM: CHIASSON
```

Printed: 06/29/10 06:29 AM

# Stale Check Report

Page: 1

**Trustee:** MICHAEL CHIASSON (380290)
**Case:** 09-11027 - CALABRESE, ANGELA CONVISER

| Account No. | Check No. | Issued | Payee | Amount | Check Amount |
|---|---|---|---|---|---|
| 0200-02440231-66 | 10117 | 06/29/10 | CHECK, UNITED STATES BANKRUPTCY COURT | | $6.18 |

| Cancelled Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|---|
| 0200-02440231-66 | 14 | 10110 | 08/12/09 | 610 | RECOVERY MANAGEMENT SYSTEMS - G E<br>25 SE 2ND, SUITE 1120<br>MIAMI, FL 3313 | 260.93 | 260.93 | 6.18 | 6.18 |